United States District Court

Eastern District of California

Kenneth D. Phelon,

    Plaintiff,    No. Civ. S 02-2369 LKK PAN P

vs.    Order

P. Stolzenbach, et al.,

    Defendants.

-oOo-

October 7, 2005, defendants requested an extension of time to move for summary judgment.  Good cause appearing, defendants' request is granted and time is extended until October 25, 2005.

May 3, 2005, plaintiff moved to compel discovery.  The motion is denied for reasons explained in the court's September 8, 2005, order.

So ordered.

Dated:  October 11, 2005.

                /s/ Peter A. Nowinski
                PETER A. NOWINSKI
                Magistrate Judge