IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH D. PHELON,** | NO. CIV S-02-2369 LKK PAN P |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **P. STOLZENBACH, et al.,** | |
| Defendants. | |

On October 21, 2005, defendants sought an extension of time to and including November 1, 2005, to file a motion for summary judgement.

Good cause appearing, defendants' request for an extension of time is granted.

Dated:   October 25, 2005.

                                                   /s/ Peter A. Nowinski
                                                 PETER A. NOWINSKI
                                                 Magistrate Judge

phel2369.proposed order.wpd

[Proposed] Order

1