United States District Court

Eastern District of California

Kenneth D. Phelon,

    Plaintiff,                    No. Civ. S 02-2369 LKK PAN P

  vs.                          Order

P. Stolzenbach, et al.,

    Defendants.

-oOo-

Good cause appearing, defendants shall, within 10 days, serve their motion for summary judgment and supporting documents upon plaintiff at his new address and notify the court they have done so.  Plaintiff's opposition to summary judgment is due filed and served 30 days thereafter.

So ordered.

Dated:  December 27, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge