IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH D. PHELON,

       Plaintiff,             No. CIV S-02-2369 LKK PAN P

    vs.

P. STOLZENBACH, et al.,

       Defendants.        <u>ORDER</u>

_____/

         On November 1, 2005, defendants filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56.  By order filed December 27, 2005, defendants were directed to re-serve their motion on plaintiff and notify the court within ten days; plaintiff's opposition was to be filed thirty days after re-service.  On December 28, 2005, defendants filed notice of their compliance with the court's December 27, 2005 order, appending their certificate of service attesting to re-service on plaintiff on December 27, 2005.  Thirty days from that date have now passed and plaintiff has not opposed the motion.

         Local Rule 78-230(m) provides in part:  "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  On October 8, 2003, plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may

1  be deemed a waiver of opposition to the motion.

2          Local Rule 11-110 provides that failure to comply with the Local Rules "may be

3  grounds for imposition of any and all sanctions authorized by statute or Rule or within the

4  inherent power of the Court."  In the order filed October 8, 2003, plaintiff was advised  that

5  failure to comply with the Local Rules may result in a recommendation that the action be

6  dismissed.

7          Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the

8  date of this order, plaintiff shall file an opposition, if any he has, to the motion for summary

9  judgment or a statement of non-opposition.  Failure to comply with this order will result in a

10 recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

11 DATED: February 23, 2006.

13
            UNITED STATES MAGISTRATE JUDGE

15 /001; phel2369.46o

2